UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BRIAN T. SULLIVAN,                              :

                Plaintiff,         :        04 CV 3994 (GEL) (JCF)

  -- against --                                 :

ALAIN KODSI; LOUIS GRECO, individually          :        NOTICE OF APPEARANCE
and as successor trustee of the Gamcrefk Trust;
the GAMCREFK TRUST; GEORGETTE                   :
KODSI; and RACHEL FOSTER, individually
and as guardian of her children,                :

               Defendants.         :
-------------------------------------------------------------x

    PLEASE TAKE NOTICE that defendants Alain Kodsi, Louis Greco, the Gamcrefk Trust and Rachel Foster hereby appear in this action by their undersigned attorney, Jonathan A. Willens LLC, and request that all notices and papers be served on their attorney at the address below or through the Court's electronic filing system.

Dated:  New York, New York
       June 21, 2004

                                JONATHAN A. WILLENS LLC

                    By:
                                Jonathan A. Willens, Esq. (JW-9180)
                                217 Broadway, Suite 707
                                New York, New York 10007
                                Tel. (212) 619-3749
                                Fax (800) 879-7938
                                e-mail jawillens@briefworks.com

To:    Richard J. Schulman, Esq.
        Bryan Cave LLP
        1290 Avenue of the Americas
        New York, New York 10104

David H. Latham, Esq.
Law Offices of David H. Latham
150 North Wacker Dr., Suite 1400
Chicago, Illinois 60606

*Attorneys for Brian Sullivan*