UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 04 CV 3994
DATE FILED: MAY 26, 2004

BRIAN T. SULLIVAN,

*Plaintiff(s)*

against

ALAIN KODSI, et al.

*Defendant(s)*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:            AFFIDAVIT OF SERVICE

_____David S. Zullin_____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____New York, NY_____. That on _____June 5, 2004_____ at __4 34 PM__, at _____c/o Louis Greco at 132 REMSEN STREET, BROOKLYN, NY 11201_____ deponent served the within _____Summons in a Civil Case and Complaint_____
_____Individual Practices of Hon. G. Lynch, Electronic Case Filing Instructions, Proceedures and Guidelines_____
on _____GAMCREFK Trust_____,

a(n) __defendant herein__, by delivering thereat a true copy thereof to __Louis Greco, Managing Agent__, personally, deponent knew said __defendant herein__ so served to be the __defendant herein__ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said __defendant herein__ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: __Male__   Skin Color: __White__   Hair Color: __Black__
Age: __46 - 55 Yrs.__   Height: __5' 11" - 6' 0"__   Weight: __146 - 180 Lbs.__   Other: _____

Sworn to before me on this __25th__ day of __June, 2004__

JASON A. SACCONE
NOTARY PUBLIC, State of New York
No. 01SA6001537, Qualified in Nassau County
Commission Expires January 20, 2006

David S. Zullin
Server's Lic. #0994677

Affidavit #9960693

ATTORNEY: Bryan Cave LLP, Ph: 212-541-3033
ADDRESS: 1290 Avenue of the Americas New York NY 10104   File No.: 01-78699

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*