| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | INDEX # 04 CV 3994<br>FILED ON MAY 26, 2004 |

## BRIAN T. SULLIVAN,

vs

## ALAIN KODSI, et al.

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Richard A. Dombakly, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at Brooklyn, NY. On June 18, 2004 at 5 42 pm, at 86 72ND STREET, BROOKLYN, NY 11201, deponent served the within Summons in a Civil Case and Complaint Individual Practices of Hon. G. Lynch, Electronic Case Filing Instructions, Proceedures and Guidelines

on: GEORGETTE KODSI

Defendant (herein called recipient) therein named

**INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**SUITABLE AGE PERSON** [ ]
By delivering a true copy of each to _____ personally, a person of suitable age and discretion. Deponent asked said individual if they were able to accept on behalf of said recipient and they responded with an affirmative. Said premises is recipient's [ ] actual place of business [ ] dwelling house or usual place of abode within the state.

**AFFIXING TO DOOR** [X]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [X] dwelling house or usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion thereat, having called there: on the 16th day of June, 2004 at 8 30 pm
on the 10th day of June, 2004 at 6 44 pm
on the 8th day of June, 2004 at 2 58 pm

**MAILING COPY** [X]
Deponent also enclosed a copy of the said document(s) in a postpaid sealed wrapper, First Class Mail, marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the recipient(s). Said envelope was properly addressed to recipient at recipient's last known address at 86 72ND STREET, BROOKLYN, NY 11201 and deposited the same in a post office under exclusive care and custody of the United States Postal Service within New York State on June 21, 2004.

**DESCRIPTION** [ ]
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Gender: ___ Color of skin: ___ Color of hair: ___ Age: ___ Height: ___
Weight: ___ Other: ___

**WIT. FEES** [ ]
_____ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**MILITARY SERVICE**
[ ] Deponent asked the person spoken to whether he/she was presently in the military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.
[ ] Deponent asked the person spoken to, _____, whether the recipient was in active military service of the United States Government or of the State of New York in any capacity whatever and received a negative reply.
[ ] The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on this 25th day of June, 2004

JASON A. SACCONE
NOTARY PUBLIC, State of New York
No. 01SA6001537, Qualified in Nassau County
Commission Expires January 20, 2006

Richard A. Dombakly
Server's Lic. # 0849965
Affidavit # 9960691

ATTORNEY: Bryan Cave LLP, Ph: 212-541-3033
ADDRESS: 1290 Avenue of the Americas New York NY 10104    File No.: 01-78699

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*