UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
BRIAN T. SULLIVAN,                                  :

                Plaintiff,           :       04 CV 3994 (GEL) (JCF)

  -- against --                                      :

ALAIN KODSI; LOUIS GRECO, individually    :       NOTICE OF APPEARANCE
and as successor trustee of the Gamcrefk Trust;
the GAMCREFK TRUST; GEORGETTE          :
KODSI; and RACHEL FOSTER, individually
and as guardian of her children,                   :

                Defendants.         :
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that defendant Georgette Kodsi hereby appears in this action by her undersigned attorney, Jonathan A. Willens LLC, and requests that all notices and papers be served on her attorney at the address below or through the Court's electronic filing system.

Dated: New York, New York
       July 1, 2004

                                     JONATHAN A. WILLENS LLC

                  By:   _____
                           Jonathan A. Willens, Esq. (JW-9180)
                           217 Broadway, Suite 707
                           New York, New York 10007
                           Tel. (212) 619-3749
                           Fax (800) 879-7938
                           e-mail jawillens@briefworks.com

To:  Richard J. Schulman, Esq.
       Bryan Cave LLP
       1290 Avenue of the Americas
       New York, New York 10104

       David H. Latham, Esq.
       Law Offices of David H. Latham
       150 North Wacker Dr., Suite 1400
       Chicago, Illinois 60606
       *Attorneys for Brian Sullivan*