UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRIAN T. SULLIVAN,              :

                Plaintiff,    :    04 CV 3994 (GEL) (JCF)

    -- against --              :

ALAIN KODSI; LOUIS GRECO, individually   :   STIPULATION EXTENDING
and as successor trustee of the Gamcrefk Trust;       TIME TO ANSWER COMPLAINT
the GAMCREFK TRUST; GEORGETTE    :
KODSI; and RACHEL FOSTER, individually
and as guardian of her children,    :

                Defendants.   :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/04

It is hereby stipulated and agreed that the time for defendants Alain Kodsi, Louis Greco, the Gamcrefk Trust and Rachel Foster to answer or move with respect to the complaint is hereby extended from June 28, 2004 to and including July 19, 2004. This is the first request for an extension by any of these defendants. All parties concur in this stipulation, except Georgette Kodsi, who has not yet appeared in this action.

Dated: New York, New York
       June 24, 2004

BRYAN CAVE LLP

By: _____
   Richard J. Schulman, Esq. (RS 5512)
   1290 Avenue of the Americas
   New York, New York 10104
   Tel. (212) 541-2000
   *Attorneys for the plaintiff*
   *Brian Sullivan*

JONATHAN A. WILLENS LLC

By: _____
   Jonathan A. Willens, Esq. (JW 9180)
   217 Broadway, Suite 707
   New York, New York 10007
   Tel. (212) 619-3749
   *Attorney for the defendants Alain Kodsi, Louis*
   *Greco, the Gamcrefk Trust and Rachel Foster*

SO ORDERED:

_____
U.S.D.J.

6/30/04