UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BRIAN T. SULLIVAN,                                              :

                Plaintiff,         :       04 CV 3994 (GEL) (JCF)

  -- against --                                                 :

ALAIN KODSI; LOUIS GRECO, individually        :       NOTICE OF MOTION
and as successor trustee of the Gamcrefk Trust;
the GAMCREFK TRUST; GEORGETTE                 :
KODSI; and RACHEL FOSTER, individually
and as guardian of her children,                              :

                Defendants.        :
----------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the Declarations of Jonathan A. Willens, dated July 23, 2004, and the exhibits thereto, and the accompanying Memorandum of Law, defendants Alain Kodsi, Louis Greco, the GAMCREFK Trust, Georgette Kodsi and Rachel Foster will move this Court before the Honorable Gerard E. Lynch, at the United States Courthouse, 40 Centre Street, Room 518, New York, New York 10007, on the 11th day of September, 2004, at 9:30 A.M. or as soon thereafter as counsel may be heard, for an order, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, dismissing the complaint.

Dated:  New York, New York
      July 23, 2004

                                     JONATHAN A. WILLENS LLC

                      By:  _____
                                    Jonathan A. Willens, Esq. (JW-9180)
                                     217 Broadway, Suite 707
                                     New York, New York 10007
                                     Tel. (212) 619-3749
                                     Fax (800) 879-7938
                                     e-mail jawillens@briefworks.com

To:   Richard J. Schulman, Esq.
      Bryan Cave LLP
      1290 Avenue of the Americas
      New York, New York 10104

      David H. Latham, Esq.
      Law Offices of David H. Latham
      150 North Wacker Dr., Suite 1400
      Chicago, Illinois 60606

      *Attorneys for Brian Sullivan*