AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

BRIAN T. SULLIVAN, Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

ALAIN KODSI, LOUIS GRECO individually and as successor trustee of the GAMCREFK TRUST, the GAMCREFK TRUST, GEORGETTE KODSI, and RACHEL FOSTER, individually and as guardian of her children, Defendants.

CASE NUMBER: JUDGE LYNCH

04 CV 3994

ECF CASE

TO: (Name and address of defendant)

Louis Greco (individually and as successor trustee of the GAMCREFK Trust)
132 Remsen Street
Brooklyn, New York 11201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Richard J. Schulman, Esq.

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Melanie L. Lopez* (signature)
(BY) DEPUTY CLERK

DATE  MAY 26 2004

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                                             Signature of Server

                                                      _____
                                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.