UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BRIAN T. SULLIVAN,                                :

                Plaintiff,          :          04 CV 3994 (GEL) (JCF)

   -- against --                                  :

ALAIN KODSI; LOUIS GRECO, individually   :          STIPULATION EXTENDING
and as successor trustee of the Gamcrefk Trust;              TIME TO ANSWER COMPLAINT
the GAMCREFK TRUST; GEORGETTE           :
KODSI; and RACHEL FOSTER, individually
and as guardian of her children,                 :

                Defendants.        :
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/04

It is hereby stipulated and agreed that the time for defendants Alain Kodsi, Louis Greco, the Gamcrefk Trust, Georgette Kodsi and Rachel Foster to answer or move with respect to the complaint is hereby extended from July 19, 2004 to and including July 26, 2004.

Dated: New York, New York
       July 16, 2004

BRYAN CAVE LLP

By: _____
Richard J. Schulman, Esq. (RS 5512)
1290 Avenue of the Americas
New York, New York 10104
Tel. (212) 541-2000
*Attorneys for the plaintiff*
*Brian Sullivan*

JONATHAN A. WILLENS LLC

By: _____
Jonathan A. Willens, Esq. (JW 9180)
217 Broadway, Suite 707
New York, New York 10007
Tel. (212) 619-3749
*Attorney for the defendants Alain Kodsi,*
*Louis Greco, the Gamcrefk Trust,*
*Georgette Kodsi and Rachel Foster*

SO ORDERED:

_____
U.S.D.J.
7/24/04