```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN T. SULLIVAN,                                :
                                                  :
                        Plaintiff,                :
                                                  :       04 Civ. 3994 (GEL)
                                                  :
        -v-                                       :       **SCHEDULING ORDER**
                                                  :
ALAIN KODSI, *et al.*,                            :
                                                  :
                        Defendants.               :
-----------------------------------------------------------x

Defendants having filed a motion to dismiss the complaint on or about July 26, 2004, it is hereby ORDERED that:

1. Plaintiff's opposition to defendants' motion to dismiss shall be submitted no later than August 27, 2004.

2. Defendants' reply shall be submitted no later than September 9, 2004.

SO ORDERED:

Dated: New York, New York
       August 5, 2004

                                                          _____
                                                                GERARD E. LYNCH
                                                             United States District Judge