Daniel L. Abrams (DA 7258)
Law Office of Daniel L. Abrams, PLLC
67 Wall Street, 22nd Floor
New York, New York 10005
(212) 245-1810
Attorney for Plaintiff Brian T. Sullivan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN T. SULLIVAN,                                  04 CV 3994 (GEL)
                                                    ECF CASE
                       Plaintiff,
       -vs-

ALAIN KODSI; LOUIS GRECO; individually
and as successor trustee of the GAMCREFK
TRUST; the GAMCREKF TRUST;
GEORGETTE KODSI; and RACHEL
FOSTER, individually and as guardian of her
children,

                       Defendants.
------------------------------------------------------------------X

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Law Office of Daniel L. Abrams, PLLC is appearing in this action as co-counsel for Plaintiff Brian Sullivan. Please send copies of all papers and correspondence to the Law Office of Daniel L. Abrams, PLLC at the address noted in this Notice.

Dated: New York, New York
       August 4, 2004

                                   LAW OFFICE OF DANIEL L. ABRAMS,
                                   PLLC

                                   _____
                                   Daniel L. Abrams (DA 7258)
                                   67 Wall Street, 22th Floor
                                   New York, New York 10005
                                   (212) 245-1810



To:

Jonathan A. Willens, Esq.
JONATHAN A. WILLENS LLC
212 Broadway, Suite 707
New York, New York 10007