UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN T. SULLIVAN,<br><br>        Plaintiff,<br><br>        v.<br><br>ALAIN KODSI; LOUIS GRECO, individually and as successor trustee of the GAMCREFK Trust; the GAMCREFK Trust; GEORGETTE KODSI; and RACHEL FOSTER, individually and as guardian of her children,<br><br>        Defendants. | 04 CV 3994 (GEL) (JCF)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the Declaration of David H. Latham, dated August 26, 2004, and the exhibits thereto, and the accompanying Memorandum of Law, Plaintiff Brian T. Sullivan will move this Court before the Honorable Gerard E. Lynch, at the United States Courthouse, 40 Centre Street, Room 518, New York, New York 10007, on the ___ day of September 2004, at 9:30 a.m. or as soon thereafter as counsel may be heard, for an order striking Paragraphs 4 through 12 of the Declaration of Jonathan A. Willens.

Dated: New York, New York
       August 27, 2004

                                              THE LAW OFFICES OF DAVID H. LATHAM
                                              David H. Latham
                                              150 North Wacker Drive
                                              Suite 1400
                                              Chicago, Illinois 60606
                                              (312) 782-1910

                LAW OFFICE OF DANIEL L. ABRAMS, PLLC

By: _____
       Daniel L. Abrams
       Law Office of Daniel L. Abrams, PLLC
       67 Wall Street, 22nd Floor
       New York, NY 10005-3111
       (212) 245-1810

Attorneys for Plaintiff Brian T. Sullivan

To:   Jonathan A. Willens, Esq.
      217 Broadway, Suite 707
      New York, New York 10007