UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BRIAN T. SULLIVAN,

             <u>Plaintiff</u>,

  -against-

ALAIN KODSI, LOUIS GRECO, as successor
trustee of the GAMCREFK TRUST, and
the GAMCREFK TRUST,

            <u>Defendants</u>.
------------------------------------x

04 Civ. 3994 (GEL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/05

GERARD E. LYNCH, <u>District Judge</u>:

    Defendants having sought a stay of all proceedings, and all parties having submitted letters briefing their positions, it is hereby

    ORDERED that all proceedings in this matter are stayed, pending resolution of the primary litigation in Illinois, essentially for the reasons stated by the Honorable Kent A. Jordan, United States District Judge for the District of Delaware, in the parallel proceeding in Delaware, <u>Sullivan v. Neuberger Berman Trust Co. of Del.</u>, No. 04-317 (KAJ), on October 22, 2004 (Tr. 23-24).

    It is further ORDERED that the parties shall advise the Court when judgment is entered in the Illinois litigation.

    It is further ORDERED that the Clerk is respectfully directed to transfer this action to the Court's suspense docket.

SO ORDERED.

Dated: New York, New York
       April 20, 2005

*[signature]*
GERARD E. LYNCH
United States District Judge