Daniel L. Abrams (DA 7258)
Law Office of Daniel L. Abrams, PLLC
Attorney for Brian Sullivan
2 Penn Plaza, Suite 1910
New York, New York 10121
(212) 292-5663

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
BRIAN SULLIVAN,
                                               :     **04 CV 03994 (GEL)**
              Plaintiff,
                                               :

v.
                                               :

ALAIN KODSI, et. al                :

              Defendants     :

-----------------------------------------------------------------

**NOTICE OF CHANGE OF ADDRESS**

      PLEASE TAKE NOTICE that the Law Office of Daniel L. Abrams, PLLC, plaintiff's co-counsel in the above-referenced matter, has relocated to the address noted below.

Dated: July 5, 2005

                                         LAW OFFICE OF DANIEL L. ABRAMS, PLLC

                                         By:_____
                                              Daniel L. Abrams (DA 7258)
                                              2 Penn Plaza, Suite 1910
                                              New York, New York 10121
                                              (212) 292-5663
                                              Co-Counsel for Plaintiff

Case 1:04-cv-03994-GEL    Document 25    Filed 07/05/2005    Page 2 of 2