UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRIAN T. SULLIVAN, | : | |
| | : | |
| Plaintiff, | : | 04 CV 3994 (GEL) (JCF) |
| | : | |
| v. | : | |
| | : | |
| ALAIN KODSI; LOUIS GRECO, individually and as successor trustee of the GAMCREFK Trust; the GAMCREFK Trust; GEORGETTE KODSI; and RACHEL FOSTER, individually and as guardian of her children, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the instant action is hereby dismissed with prejudice.

Dated: March 5, 2007

                THE LAW OFFICES OF DAVID H. LATHAM
                     David H. Latham
                     150 North Wacker Drive
                     Suite 1400
                     Chicago, Illinois 60606
                     (312) 782-1910

                LAW OFFICE OF DANIEL L. ABRAMS, PLLC

By: _____
       Daniel L. Abrams
       Law Office of Daniel L. Abrams, PLLC
       2 Penn Plaza, Suite 1910
       New York, NY 10121
       (212) 292-5663