UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN T. SULLIVAN,

    Plaintiff,

v.

ALAIN KODSI; LOUIS GRECO, individually and as successor trustee of the GAMCREFK Trust; the GAMCREFK Trust; GEORGETTE KODSI; and RACHEL FOSTER, individually and as guardian of her children,

    Defendants.

04 CV 3994 (GEL) (JCF)



## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the instant action is hereby dismissed with prejudice.

Dated: March 5, 2007

    THE LAW OFFICES OF DAVID H. LATHAM
      David H. Latham
      150 North Wacker Drive
      Suite 1400
      Chicago, Illinois 60606
      (312) 782-1910

    LAW OFFICE OF DANIEL L. ABRAMS, PLLC

    By: *Daniel L. Abrams* (Digitally signed 2007.03.05)
    Daniel L. Abrams
    Law Office of Daniel L. Abrams, PLLC
    2 Penn Plaza, Suite 1910
    New York, NY 10121
    (212) 292-5663

SO ORDERED
GERARD E. LYNCH, U.S.D.J.
7/6/07